**Motion Granted, Judgment Set Aside, Case Remanded, and Memorandum Opinion filed March 26, 2020.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-18-01091-CV

---

## ARROWS UP, LLC, ARROWS UP, INC. AND JOHN ALLEGRETTI, Appellant

### V.

## SANDBOX LOGISTICS, LLC AND SANDY CREEK CAPITAL, LLC, Appellee

---

### On Appeal from the 334th District Court
### Harris County, Texas
### Trial Court Cause No. 2016-03483

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 2, 2018. On March 6, 2020, the parties filed a joint motion to set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of a final judgment of dismissal with prejudice in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(B).

The motion is **GRANTED**. We set aside the trial court's judgment without regard to the merits and remand this case to the trial court for entry of judgment in accordance with the parties' agreement.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.